UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4092, 24-4093
_____

UNITED STATES OF AMERICA

Plaintiff – Appellee

v.

WILLIAM HALL

Defendant – Appellant

_____

**APPELLANT'S MOTION FOR EXTENSION OF
TIME TO FILE OPENING BRIEF**

_____

NOW COMES Appellant, by and through undersigned counsel, and respectfully states as follows:

1. Pursuant to this Court's April 11, 2024 briefing order, the Appellant's opening brief is due on or before May 16, 2024.

2. Counsel for the Appellant has endeavored in good faith to complete the opening brief on time but foresees that additional time will be needed in order to fully review the relevant materials, and fully brief the issues for this Court.

3. Counsel for the Appellant is compelled to request **30 additional days** for Appellant to file his opening brief.

1

4.  This is the first motion for an extension of time that Appellant has made in this matter, and Appellant is not making this request merely for the purpose of delay.

5.  Appellant's counsel has consulted with opposing counsel, and opposing counsel has no objection to this extension request.

Consequently, Appellant respectfully **requests a 30-day extension** of time to file his opening brief (**until June 17, 2024**).

                                          Respectfully Submitted,

                                          *s/ Christopher R. Geel*
                                          Christopher R. Geel
                                          GEEL & GENTRY, LLC
                                          P.O. Box 21771
                                          Charleston, SC 29413
                                          (843) 277-5080
                                          *Counsel for Appellant*

DATE: May 15, 2024